TRUE AND CERTIFIED COPY

Recording Requested By/Return To: Union Federal Bank of Indianapolis
Attn: Post Prod/Loan Delivery Dept 441
7500 West Jefferson Boulevard
Fort Wayne, IN 46804

# ASSIGNMENT OF DEED OF TRUST 2343036

For Value Received, the undersigned holder of a Deed of Trust (herein "Assignor") whose address is
555 Republic Drive Plano, TX 75074
does hereby grant, sell, assign, transfer and convey, unto    Union Federal Bank of Indianapolis

a corporation organized and existing under the laws of the United States    (herein "Assignee"),
whose address is 7500 W. Jefferson Boulevard Fort Wayne, IN 46804
all beneficial interest under a certain Deed of Trust, dated February 23rd, 2005 , made and executed
by Tammy Brown, a married woman

to Realty Mortgage dba Realnet Financial, Beneficiary Waterfield Financial Corporation
Trustee, and given to secure payment of One Hundred One Thousand Dollars and Zero Cents
($. 101,000.00    ) which Deed of Trust is of record in Book, Volume, or Liber
(Include the Original Principal Amount)
No.   , at page    (or as No.    ) of the Land    Records
of Maricopa    County, State of Arizona, together with the note(s) and
obligations therein described, the money due and to become due thereon with interest, and all rights accrued or to accrue
under such Deed of Trust.
TO HAVE AND TO HOLD, the same unto Assignee, its successor and assigns, forever, subject only to the terms and
conditions of the above-described Deed of Trust.
IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Deed of Trust on
February 23rd, 2005

Witness Gwynne Link

Witness Kristi Myers

Attest Jonathan Knowles, Wholesale Loan Funding Specialist

Realty Mortgage dba RealNet Financial
(Assignor)

By: _____
(Signature)
Rick Neff, Vice President, as Attorney in Fact

Seal:

This Instrument Prepared By: Rick Neff, Vice President, as Attorney in Fact , address: 555 Republic Drive
Plano, TX 75074

Commonwealth/State of Indiana
County of Allen
On this the 23rd    day of February   , 2005   , before me,
Rick Neff
the undersigned officer, personally appeared Vice President, as Attorney in Fact
who acknowledged himself to be the
of Realty Mortgage dba RealNet Financial    , a corporation, and that he, as such
Corporation    , being authorized so to do, executed the
foregoing instrument for the purposes therein contained, by signing the name of the corporation by himself as

In witness whereof I hereunto set my hand and official seal,

Karen Clark
Wholesale Funding Client Coordinator, Karen Clark
A resident of Allen county
My commission expires: June 27, 2009

Arizona Assignment of Deed of Trust    1/04
VMP-9951(AZ) (0401)    VMP-1152 (0212)
VMP Mortgage Solutions (800)521-7291

2343038

Exhibit A  Page 1
Assignment of Deed Of Trust - AZ
Given By: Tammy Brown
           and

lot 237, of amended plat of west plaz 31 and 32, according to book 317 of maps, page 13 and affadavit of correction recorded as document no. 88-247175, records of maricopa county, arizona.

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
2006-0265977 02/28/06 08:59
25 OF 26

Recording Requested By/Return To: Union Federal Bank of Indianap
Attn: Post Prod/Loan Delivery
7500 West Jefferson Boulevard
Fort Wayne, IN 46804

Min# 100245400023430387

# ASSIGNMENT OF DEED OF TRUST 2343038

For Value Received, the undersigned holder of a Deed of Trust (herein "Assignor") whose address is
7500 W. Jefferson Boulevard Fort Wayne, IN 46804
does hereby grant, sell, assign, transfer and convey, unto    Mortgage Electronic Registration
System, INC, ("MERS")
a corporation organized and existing under the laws of Delaware                    (herein "Assignee"),
whose address is 1595 Spring Hill Rd, Ste 310 Vienna 1-888-679-6377, VA 22182
all beneficial interest under a certain Deed of Trust, dated February 23rd, 2005          , made and executed
by Tammy Brown, a married woman

to Realty Mortgage dba Realnet Financial, Beneficiary Waterfield Financial Corporation
Trustee, and given to secure payment of One Hundred One Thousand Dollars and Zero Cents
($ 101,000.00                 ) which Deed of Trust is of record in Book, Volume, or Liber
(Include the Original Principal Amount)
No.          , at page          (or as No.20050249169  ) of the Land                Records
of Maricopa                                     County, State of Arizona, together with the note(s) and
obligations therein described, the money due and to become due thereon with interest, and all rights accrued or to accrue
under such Deed of Trust.
    TO HAVE AND TO HOLD, the same unto Assignee, its successor and assigns, forever, subject only to the terms and
conditions of the above-described Deed of Trust.
    IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Deed of Trust on
February 23rd, 2005

_Marcy Swihart_                         Union Federal Bank of Indianapolis
Witness Marcy Swihart                                  (Assignor)

_Kate Stucky_                    By: _signature_
Witness Kate Stucky                               (Signature)
                                     Brock Rauch, Assistant Vice President
_Donna Rudicel_
Attest Donna Rudicel,

Seal:

This Instrument Prepared By: Brock Rauch, Assistant Vice President    , address: 7500 W. Jefferson
Boulevard Fort Wayne, IN 46804

Commonwealth/State of Indiana
County of Allen
    On this the 15th    day of February    , 2006    , before me,
Brock Rauch
the undersigned officer, personally appeared Assistant Vice President
who acknowledged himself to be the
of Union Federal Bank of Indianapolis                  , a corporation, and that he, as such
    Federal Savings Bank                    , being authorized so to do, executed the
foregoing instrument for the purposes therein contained, by signing the name of the corporation by himself as

    In witness whereof I hereunto set my hand and official seal.



STEPHANIE CARROLL, Notary Public    Notary Public, Stephanie Carroll
State of Indiana                A resident of Allen county
My Commission expires October 5, 2011   My commission expires: 10/05/11
A resident of Allen County

Arizona Assignment of Deed of Trust
VMP-99B(AZ) (0401)    VMP-1162 (0212)
VMP Mortgage Solutions (800)521-7291



2343038

Page 1

Exhibit A
Assignment of Deed Of Trust - AZ
Given By: Tammy Brown
          and

lot 237, of amended plat of west plaz 31 and 32, according to book 317 of maps, page 13 and affadavit of correction recorded as document no. 88-247176, records of maricopa county, arizona.

WHEN RECORDED MAIL TO:

**TIFFANY & BOSCO, P.A.**
Michael A. Bosco, Jr.
2525 East Camelback Road, Suite 300
Phoenix, AZ 85016

## ASSIGNMENT OF DEED OF TRUST

Loan No. 1218095504  T & B No.: 09-08902
Parcel No.

For Value Received, the undersigned corporation hereby grants, assigns and transfers to **The Bank of New York Mellon, fka The Bank of New York as Successor in interest to JP Morgan Chase Bank NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2005-4, Mortgage Pass-Through Certificates, Series 2005-4** all beneficial interest under that certain Deed of Trust dated **February 23, 2005** executed by **Tammy Brown, a married women** Trustor, **Waterfield Financial Corporation** Trustee, **Mortgage Electronic Registration System, Inc**, as Beneficiary; and recorded on **03/01/05** as Recording No./Book-Page **20050249169** of Official Records of **Maricopa** County, AZ and legally describing the trust property as:

Lot 237, of AMENDED PLAT OF WEST PLAT 31 AND 32, according to Book 317 of Maps, page 13 and Affidavit of Correction recorded as Document No. 88-247176, records of Maricopa County, Arizona.

Together with the Note or Notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust. Hereby made effective on:
Date : 7/16/2009

**Mortgage Electronic Registration System, Inc**

By : _[signature]_
Its: Nikki Cureton, Assistant Secretary


STATE OF SOUTH CAROLINA  )
                         )ss.
COUNTY OF YORK)

On this 16th day of July, 2009, before me, the undersigned, a Notary Public for said State, personally appeared Nikki Cureton known to me to be the Assistant Secretary of the above corporation, and acknowledge execution of the above instrument on behalf of the corporation.

My Commission Expires:

_[signature]_
Notary Public

OFFICIAL SEAL
Notary Public
State of South Carolina
LISA RHYNE
My Commission Expires Mar. 05, 2018